UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>George L. Russell, III<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

May 16, 2018

TO COUNSEL OF RECORD RE:   Concerted Care Group Baltimore, LLC v.
Netsmart Technologies, Inc.
Civil Action No. GLR-17-708

Dear Counsel:

A telephone conference call has been set for **Wednesday, May 30, 2018** at **11:15 a. m.** to discuss the appropriate schedule in this case. Plaintiff's counsel is requested to initiate the call. The telephone conference will be recorded.

Attached is a preliminary scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss:

1. Whether the parties object to having the case transferred to a U.S. Magistrate Judge for all further proceedings;
2. Whether you would like to participate in a settlement conference either before or after the completion of discovery;
3. Whether discovery of electronically stored information is expected to be problematic;
4. Whether you would like to defer any of the expert discovery until after summary judgment motions are resolved;
5. Any changes to the dates in the preliminary scheduling order;
6. Whether the allocated deposition hours are sufficient, and
7. Setting a trial date on the Court's calendar and determining its likely duration.

**Counsel should file a letter on the CM/ECF system, briefly addressing the seven points outlined above two days prior to the scheduled telephone conference.**

In addition, the preliminary scheduling order authorizes the initiation of discovery, and I want to be certain that counsel are aware of the obligations imposed upon them as part of the discovery process. Please see the attached "Standing Order on Discovery Procedures" for additional guidance.

Very truly yours,

/s/

George L. Russell, III

Attachment 1: Preliminary Scheduling Order
Attachment 2: Standing Order on Discovery Procedures